IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD DEVINE                                    :
        Plaintiff,

                                              CIVIL ACTION
        v.                                    :               NO. 15-1361

NATIONSTAR MORTGAGE LLC
        Defendant.                        :

## ORDER

AND NOW, this 28th day of October, 2015, upon consideration of Plaintiff's uncontested

Motion for Leave to File a Reply Memorandum (Doc. No. 20), it is hereby ORDERED that the

Reply Memorandum attached to said Motion shall be deemed FILED as of this day.

It is further Ordered as follows:

1.    Plaintiff's Motion for Partial Summary Judgment (Doc. No. 16) is GRANTED and judgment is hereby entered in favor of Plaintiff Edward Devine and against Defendant Nationstar Mortgage LLC on Count I of Plaintiff's First Amended Complaint;

2.    For the reasons set forth in this Court's accompanying Memorandum, judgment is hereby entered in favor of Plaintiff Edward Devine and against Defendant Nationstar Mortgage LLC on Count II of Plaintiff's First Amended Complaint; and,

3.    Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production (Doc. No. 22) and Amended Motion to Compel Responses to Interrogatories and Requests for Production (Doc. No. 23) are DENIED as moot.

BY THE COURT:

    /s/ C. Darnell Jones, II   J.